475 P.2d 778

**ALBUQUERQUE MOVING AND STOR-AGE COMPANY, Inc., Petitioner,**

v.

**COMMISSIONER OF REVENUE,
Respondent.**

No. 9141.

Supreme Court of New Mexico.

Oct. 15, 1970.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals cause No. 461, 82 N.M. 45, 475 P.2d 45 be and the same is hereby returned to the Clerk of the Court of Appeals.

475 P.2d 778

**Bill SPILLERS, d/b/a Spillers Moving and Storage Company, Petitioner,**

v.

**COMMISSIONER OF REVENUE,
Respondent.**

No. 9140.

Supreme Court of New Mexico.

Oct. 15, 1970.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals cause No. 462, 82 N.M. 41, 475 P.2d 41 be and the same is hereby returned to the Clerk of the Court of Appeals.

475 P.2d 778

**RUST TRACTOR CO., a Delaware Corporation, and Rust Tractor of New Mexico, Inc., a New Mexico Corporation, Petitioners,**

v.

**BUREAU OF REVENUE, State of New Mexico, and Franklin Jones, Commissioner of Revenue, Respondents.**

No. 9136.

Supreme Court of New Mexico.

Oct. 15, 1970.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals cause No. 471, 82 N.M. 82, 475 P.2d 779, be and the same is hereby returned to the Clerk of the Court of Appeals.

475 P.2d 778

**STATE of New Mexico, ex rel. Chris Corless McGRATH, Paul Kendrick McGrath, and Gordon August Noyes, III, Petitioners,**

v.

**The NINTH JUDICIAL COURT of the State of New Mexico WITHIN AND FOR the COUNTY OF CURRY and the Honorable Dee C. Blythe as Judge thereof, Respondents.**

No. 9153.

Supreme Court of New Mexico.

Oct. 26, 1970.

Original Prohibition Proceeding

Ordered that petition for writ of prohibition be and the same is hereby denied.